UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DALE McNAUGHTON | CIVIL ACTION |
| VERSUS | NO. 12-1875 |
| HARVEY GULF INTERNATIONAL MARINE, LLC AND GUIDRY BROTHERS, INC. | SECTION "C" 3 |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 15th day of August, 2014.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE